UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, | ) | |
| SECRETARY OF LABOR, | ) | FILE NO. _15-205-CG-M_ |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEAR CORPORATION EEDS AND INTERIORS, | ) | |
| and RENOSOL SEATING, LLC | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF JOSEPH ROESLER

COUNTY OF MOBILE

STATE OF ALABAMA

I, JOSEPH ROESLER, am over 18 years of age, legally competent to give this
affidavit and have personal knowledge of the facts set forth in this affidavit and, being first duly
sworn, do hereby state:

1. I am employed by the Occupational Safety and Health Administration, United
States Department of Labor ("OSHA"). OSHA conducts investigations to determine
compliance with health and safety standards promulgated under the Occupational Safety and
Health Act ("OSH Act"). OSHA also investigates alleged violations of the anti-retaliation
provisions of 22 statutes, including the OSH Act's provision. OSH Act § 11(c), 29 U.S.C.
§660(c).

2. I have been employed by OSHA since 1990. I currently serve as the Area Director in Mobile, Alabama, and have been in this position since 2012. Other positions I have held with OSHA include Compliance Officer Industrial Hygienist from 1990 to 2001, Voluntary Protection Program Officer from 2001 to 2002, Compliance Assistance Specialist from 2002 to 2009, and Assistant Area Director from 2009 to 2012.

3. In my capacity as Area Director, I supervised an investigation at the Selma, Alabama, plant of Renosol Seating, LLC ("Renosol"). The investigation began on May 27, 2014, after OSHA received employee complaints to exposure to Toluene Diisocyanate ("TDI").

4. TDI is a colorless to pale yellow liquid. It is odorless until it reaches a concentration level of 0.17 to 3.2 parts per million ("ppm"), which is a concentration well above OSHA's Permissible Exposure Limit ("PEL"). TDI is a benzene ring with a methyl group at the first carbon position, a cyanate group at the second carbon position, and a cyanate group at either the fourth carbon position for 2,4 TDI or the sixth carbon position for 2,6 TDI. Exposure to TDI can result in symptoms ranging from severe irritant effects on mucous membranes, the respiratory tract, and the eyes to an acute attack of asthma-like syndrome. High concentrations may lead to chemical bronchitis with severe bronchospasm. In all cases, it may lead to sensitization and workers may continue to exhibit effects for several years after removal from TDI exposures. A copy of the Material Safety Data Sheet for TDI is attached hereto as Exhibit A.

5. As part of its investigation in this case, OSHA conducted various tests to determine the presence of and exposure to TDI, including both respiratory and dermal exposure.

6. Renosol did not permit the testing voluntarily.  OSHA had to obtain a warrant to do so.

7. Although I was not at the site during the testing, OSHA personnel participating in the investigation reported to me that, once OSHA executed the warrant to conduct testing, many employees appeared fearful or reluctant to cooperate in the testing.  Consequently, some of the sampling was conducted by placing the testing equipment on OSHA personnel.

8. Renosol filmed every part of the testing.

9. Part of OSHA's investigation involved conducting air monitoring to determine respiratory exposure. Air monitoring for 2,4 TDI consisted of the compliance officer randomly selecting employees working on the production line and placing a pump on their belt with a hose attached to sample the air in the employees' breathing zone. The sampling method called for 15-minute samples.  The same methods were used for 2,6 TDI, but the sampling period was for 8 hours.  As stated above, in some cases the testing was conducted on OSHA personnel rather than Renosol employees.

10. Under OSHA's current standards, the PEL for 2,4 TDI is 0.14mg/m3.  For 2,6 TDI, OSHA does not have a PEL and, therefore, relies on the American Conference of Government Industrial Hygienists' Threshold Limit Values ("TLV"). The TLV for 2,6 TDI is 0.005ppm.

11. The sampling for 2,4 TDI revealed exposures up to 0.0049mg/M3, and sampling for 2,6 TDI exposure levels up to 0.0011ppm.

12. However, respiratory exposure to the levels found here can cause health problems such as asthma.

13.  Moreover, OSHA found that Renosol's employees suffered dermal exposure, which can also cause health problems such as allergic and irritant contact dermatitis as well as occupational asthma.

14.  At the conclusion of the investigation, on November 13, 2014, OSHA Compliance Officer Daniel Bunei, who led the investigation in this case, and I participated in a closing conference with several representatives of Renosol: Connie Messer, Human Resources Manager; Kathy Jones, Environmental Health and Safety ("EHS") Specialist; Mike Walkowski, Director Foam; Gary Ansorge, Corporate/Regional Health and Safety Manager; Barbara Borough, Vice President of EHS; Christopher Jones, Plant Manager; and Zackary Welch, an Industrial Hygienist consultant.

15.  During the closing conference, I informed Renosol's representatives that OSHA's air readings were problematic and could cause a false sense of security.  I informed them that members from the OSHA's Office of Occupational Medicine, who reviewed employee medical records and came to Selma to speak with employees about their exposures, concluded that some employees had occupational asthma related to their exposures at the facility.

16.  I also informed them during the conference that, although they did not exceed OSHA's published PELs, the law required them to provide employees with a safe and healthy work environment and that employees were suffering from not only the chronic TDI levels, but also potentially from acute exposures resulting from leaks or spills of the TDI. Renosol's own monitors during upset condition, such as leaks or spills, showed a potential for acute exposures during the past 2 years.  Additionally, I informed the Renosol representatives of the dangers of the dermal exposure, which can also result in

occupationally related asthma. To address these hazards, I recommended that Renosol install adequate ventilation; and move the TDI monitor to a place between the employees and the source of their exposure.

     17.   As a result of its investigation, OSHA issued the following citations to Renosol and its successors:

     a.   One Serious Citation[1] for failure to provide personal protective equipment – arm sleeves and gloves – when employees are required to handle material containing TDI and Methylene Diphenyl Diisocyanate ("MDI"), a sensitizer, that is absorbed through the skin.

     b.   One Serious Citation for failing to train employees about the hazards of TDI and MDI; and

     c.   One Other-Than-Serious citation for failure to record injuries or illnesses. All of instances cited involved employees who developed work-related respiratory problems such as asthma, emphysema, or reactive airways.

Copies of the citations are attached hereto as Exhibit B.

     18.   OSHA and Renosol entered into an Informal Settlement Agreement on December 11, 2014.  Pursuant to this agreement, Renosol paid penalties of $7,000.  It also informed OSHA that Renosol has provided personal protective equipment (gloves), trained the employees, and updated their OSHA-300 logs as required by the agreement.  However, Renosol has not stated that it implemented OSHA's recommendations regarding ventilation

---

[1]  Under the OSH Act, a "serious violation is deemed to exist in a place of employment if there is a substantial probability that death or serious physical harm could result" from the cited condition. OSH Act §17(k), 29 U.S.C. 666(k). An other-than-serious violation is a condition or practice that would not reasonably result in serious physical harm or death.

or moving the TDI monitor, which leads me to think that it has not implemented either recommendation.

19.  To date, OSHA has not conducted an inspection to determine the accuracy of Renosol's abatement representations.

20.  OSHA recently learned that one or more of the abatement actions may not have been implemented correctly, if at all.  Accordingly, it may become necessary to conduct a follow-up inspection to determine compliance with the agreement.

JOSEPH ROESLER
Area Director
United States Department of Labor
Occupational Safety and
Health Administration
Mobile, Alabama


Sworn and subscribed to before me

This 3rd day of April, 2015.

_____

NOTARY PUBLIC

Ghulam Rasool, Notary
State of Alabama at Large
The UPS Store - Mobile County, AL.
Commission Expires 04/29/2018

My Commission Expires: _____

# EXHIBIT A



BASF Corporation




HELPING MAKE PRODUCTS BETTER®

# Safety data sheet
# LUPRANATE® T80 TYPE 1 ISOCYANATE

| | |
|---|---|
| Revision date : 2005/02/23 | Page: 1/8 |
| Version: 1.1 | (30076828/MDS_GEN_US=N) |

## 1. Substance/preparation and company identification

Company
BASF Corporation
100 Campus Drive
Florham Park, NJ 07932

24 Hour Emergency Response Information
CHEMTREC: (800) 424-9300
BASF HOTLINE: (800) 832-HELP

Molecular formula:     $CH_3 C_6 H_3 (NCO)_2$
Molecular weight:      174.16 g/mol
Chemical family:       isocyanate
Synonyms:              TOLUENE DIISOCYANATE

## 2. Composition/information on ingredients

| CAS Number | Content (W/W) | Chemical name |
|---|---|---|
| 584-84-9 | 80.0 % | toluene-2,4-diisocyanate |
| 91-08-7 | 20.0 % | toluene-2,6-diisocyanate |

## 3. Hazard identification

### Emergency overview

POISON. HARMFUL IF INHALED. SENSITIZATION CAN OCCUR IN SOME INDIVIDUALS, LEADING TO ASTHMA-LIKE SPASMS OF THE BRONCHIAL TUBES AND DIFFICULTY BREATHING. INDIVIDUALS WITH A HISTORY OF RESPIRATORY ILLNESS, ASTHMATIC CONDITIONS, EYE DAMAGE OR TDI SENSITIZATION SHOULD NOT BE EXPOSED TO THIS PRODUCT. TDI IS INCLUDED IN THE NTP ANNUAL REPORT ON CARCINOGENS. PRELIMINARY RESULTS FROM A TDI HEALTH STUDY INDICATE THAT OVEREXPOSURE TO A RESPIRATORY IRRITANT (CHLORINE OR PHOSGENE FOR EXAMPLE), RESULTING IN LOWER RESPIRATORY TRACT SYMPTOMS COULD INCREASE THE RISKS OF DEVELOPING ASTHMA-LIKE REACTIONS FROM SUBSEQUENT TDI EXPOSURE.

### Potential health effects

**Primary routes of exposure**
Routes of entry for solids and liquids include eye and skin contact, ingestion and inhalation. Routes of entry for gases include inhalation and eye contact. Skin contact may be a route of entry for liquified gases.

**Acute toxicity:**
*Information on: TDI*
> *Inhalation of TDI vapors may cause irritation of the mucous membranes of the nose, throat or trachea, breathlessness, chest discomfort, difficult breathing and reduced pulmonary function Airborne overexposure well above the PEL may result additionally in eye irritation, headache, chemical bronchitis, asthma-like findings or pulmonary edema. Isocyanates have also been reported to cause hypersensitivity pneumonitis, which is characterized by flu-like symptoms, the onset of which may be delayed.*

**Irritation:**
*Information on: TDI*
> *Eye contact with TDI may result in conjunctival irritation and mild corneal opacity. Skin contact may result in dermatitis, either irritative or allergic.*

**Repeated dose toxicity:**

BASF Corporation



HELPING MAKE PRODUCTS BETTER™

# Safety data sheet
## LUPRANATE® T80 TYPE 1 ISOCYANATE

Revision date : 2005/02/23        Page: 3/6
Version: 1.1        (30076828/MDS_GEN_US_EN)

| | |
|---|---|
| Antidote: | Specific antidotes or neutralizers to isocyanates do not exist. |
| Treatment: | Treatment should be supportive and based on the judgement of the physician in response to the reaction of the patient. |

## 5. Fire-fighting measures

| | |
|---|---|
| Flash point: | 270 °F |
| Autoignition: | > 620 °C |
| Lower explosion limit: | 0.9 %(V) |
| Upper explosion limit: | 9.5 %(V) |

**Suitable extinguishing media:**
water fog, foam, carbon dioxide

**Hazards during fire-fighting:**
nitrous gases, fumes/smoke, isocyanate, vapour

**Protective equipment for fire-fighting:**
Firefighters should be equipped with self-contained breathing apparatus and turn-out gear.

## 6. Accidental release measures

**Personal precautions:**
Clear area. Ensure adequate ventilation. Wear suitable personal protective clothing and equipment.

**Environmental precautions:**
Do not discharge into drains/surface waters/groundwater.

**Cleanup:**
Dike spillage.

For small amounts: Absorb isocyanate with suitable absorbent material (see § 40 CFR, sections 260, 264 and 265 for further information). Shovel into open container. Do not make container pressure tight. Move container to a well-ventilated area (outside). Spill area can be decontaminated with the following recommended decontamination solution: Mixture of 90 % water, 8 % concentrated ammonia, 2 % detergent. Add at a 10 to 1 ratio. Allow to stand for at least 48 hours to allow escape of evolved carbon dioxide.
For large amounts: If temporary control of isocyanate vapor is required, a blanket of protein foam or other suitable foam (available from most fire departments) may be placed over the spill. Transfer as much liquid as possible via pump or vacuum device into closed but not sealed containers for disposal.
For residues: The following measures should be taken for final cleanup: Wash down spill area with decontamination solution. Allow solution to stand for at least 10 minutes.

## 7. Handling and storage

### Handling

**General advice:**
Mix thoroughly before use. If bulging of drum occurs, transfer to well ventilated area, puncture to relieve pressure, open vent and let stand for 48 hours before resealing.

**Protection against fire and explosion:**
No explosion proofing necessary.

BASF Corporation



**HELPING MAKE PRODUCTS BETTER™**

## Safety data sheet
## LUPRANATE® T80 TYPE 1 ISOCYANATE

Revision date : 2005/02/23
Version: 1.1

Page: 4 8
(30076828/MDS_GEN_US/EN)

### Storage

**General advice:**
Formation of CO2 and build up of pressure possible. Protect against contamination. Keep container tightly closed and in a well-ventilated place. Outage of containers should be filled with dry inert gas at atmospheric pressure to avoid reaction with moisture.

**Storage incompatibility:**
General: Segregate from bases.

**Storage stability:**
Storage temperature: 65 - 105 °F
Protect against moisture. Store at indicated temperature to prevent freezing and isomer separation or discolourization and dimerization. Thaw solidified substance/product at temperature < 95 °F to prevent discolourization.

## 8. Exposure controls and personal protection

Components with workplace control parameters

| | | |
|---|---|---|
| toluene-2,4-diisocyanate | OSHA | CLV 0.02 ppm  0.14 mg/m3 ; |
| | ACGIH | TWA value 0.005 ppm ; STEL value 0.02 ppm ; |
| toluene-2,6-diisocyanate | | |
| | ACGIH | TWA value 0.005 ppm ; STEL value 0.02 ppm ; |

*(handwritten annotations:)* → 5 ppb   → 20 ppb

**Advice on system design:**
Provide local exhaust ventilation to control vapours/mists.

### Personal protective equipment

**Respiratory protection:**
For situations where the airborne concentrations may exceed the level for which an air purifying respirator is effective, or where the levels are unknown or Immediately Dangerous to Life or Health (IDLH), use NIOSH-certified full facepiece pressure demand self-contained breathing apparatus (SCBA) or a full facepiece pressure demand supplied-air respirator (SAR) with escape provisions. When atmospheric levels may exceed the occupational exposure limit (PEL or TLV) NIOSH-certified air-purifying respirators equipped with an organic vapor sorbent and particulate filter can be used as long as appropriate precautions and change out schedules are in place.

**Hand protection:**
Chemical resistant protective gloves, Suitable materials, chloroprene rubber (Neoprene), chlorinated polyethylene, polyvinylchloride (Pylox), butyl rubber, fluoroelastomer (Viton), nitrile rubber (Buna N)

**Eye protection:**
Tightly fitting safety goggles (chemical goggles). Wear face shield if splashing hazard exists.

**Body protection:**
Suitable materials, saran-coated material

**General safety and hygiene measures:**
Wear protective clothing as necessary to prevent contact. Eye wash fountains and safety showers must be easily accessible. Observe the appropriate PEL value. Wash soiled clothing immediately. Contaminated equipment or clothing should be cleaned after each use or disposed of.

## 9. Physical and chemical properties

| | |
|---|---|
| Form: | liquid |
| Odour: | strong, pungent odour |
| Colour: | clear |

BASF Corporation



HELPING MAKE PRODUCTS BETTER™

# Safety data sheet
## LUPRANATE® T80 TYPE 1 ISOCYANATE

Revision date : 2005/02/23
Version: 1.1

Page: 5/8
(30076828/MDS_GEN_US/EN)

| | | |
|---|---|---|
| pH value: | | No data available. |
| : | approx. 53.6 °F | ( 760 mmHg) |
| Boiling point: | approx. 248 °C | ( 760 mmHg) |
| Vapour pressure: | 0.025 mmHg | ( 25 °C) |

## 10. Stability and reactivity

**Conditions to avoid:**
> 40 degrees Celsius
Avoid moisture.

**Substances to avoid:**
water, alcohols, strong bases

**Hazardous reactions:**
The product is chemically stable.
Reacts with water, with formation of carbon dioxide. Risk of bursting. Reacts with alcohols. Reacts with acids. Reacts with alkalies. Reacts with amines. Risk of exothermic reaction. Risk of violent reaction. Risk of polymerization. Contact with certain rubbers and plastics can cause brittleness of the substance/product with subsequent loss in strength.

**Decomposition products:**
Hazardous decomposition products: TDI, carbon monoxide, hydrogen cyanide, nitrogen oxides, aromatic isocyanates, gases/vapours

**Thermal decomposition:**
No data available.
No data available.

**Corrosion to metals:**
No corrosive effect on metal.

## 11. Toxicological information

**Acute toxicity**

**Oral:**
LD50/rat:
Slightly toxic.

**Inhalation:**
rat:  <= 0.78 mg/l / 1 h(IHT)
No mortality was observed.
LC50/rat:  <= 0.78 mg/l / 1 h
Highly toxic.
LC50/rat: / 4 h
Highly toxic.

**Dermal:**
LD50/rabbit:
Practically nontoxic.

**Skin irritation:**
rabbit: (FHSA Guideline)

**Chronic toxicity**

BASF Corporation



HELPING MAKE PRODUCTS BETTER™

## Safety data sheet
## LUPRANATE® T80 TYPE 1 ISOCYANATE

Revision date : 2005/02/23
Version: 1.1

Page: 6/6
(30076828/MDS_GEN_US/EN)

**Carcinogenicity:**
No compound related carcinogenic effects.

**Reproductive toxicity:**
No reproductive effects.

## 12. Ecological information

### Environmental toxicity

**Acute and prolonged toxicity to fish:**
static
zebra fish/LC50 (24 h):  > 500 mg/l
Practically nontoxic.

**Acute toxicity to aquatic invertebrates:**
static
Grass shrimp/LC50 (96 h): approx. 508 mg/l
Practically nontoxic.
static
Pond snail/LC50 (24 h):  > 500 mg/l
Practically nontoxic.

**Chronic toxicity to aquatic invertebrates:**
Daphnia magna EC50 (24 h) approx. 750 mg/l
Practically nontoxic.
Daphnia magna EC50 (24 h) > 500 mg/l
Practically nontoxic.

**Other terrestrial non-mammals:**
OECD Guideline 205 redwinged blackbird/LD50:  100 mg/kg = 100
OECD Guideline 205 European Starling/LD50:  > 100 mg/kg = > 100

## 13. Disposal considerations

**Waste disposal of substance:**
TDI is listed as a hazardous waste under Section 261.33 (f) of EPA's RCRA regulations and requires special handling for disposal.
Incinerate waste containing TDI in a RCRA-licensed facility.

**Contaminated packaging:**
Empty containers must be neutralized with a decontaminant. Refer to 40 CFR § 261.7 (residues of hazardous waste in empty containers). Recommend crushing, puncturing or other means to prevent unauthorized use of used containers. Under no circumstances should empty drums be burned or cut open with gas or electric torch as toxic decomposition products may be liberated.

**RCRA:**      U223

BASF Corporation



HELPING MAKE PRODUCTS BETTER™

# Safety data sheet
## LUPRANATE® T80 TYPE 1 ISOCYANATE

Page: 7/8

Revision date : 2005/02/23
Version: 1.1

(30076828/MDS_GEN_US/EN)

---

## 14. Transport information

Reference Bill of Lading

---

## 15. Regulatory information

### Federal Regulations

**Registration status:**
TSCA, US                          released / listed

**OSHA hazard category:**        Acute target organ effects reported, IARC 1, 2A or 2B carcinogen,
Sensitizer, Highly toxic - inhalation, OSHA PEL established, Skin and/or eye irritant, Chronic target organ
effects reported, NTP listed carcinogen, ACGIH TLV established

**CERCLA RQ:**    100 lb

**SARA 313:**

| CAS Number | Chemical name |
|---|---|
| 91-08-7 | toluene-2,6-diisocyanate |
| 584-84-9 | toluene-2,4-diisocyanate |

### State regulations

**State RTK**

| CAS Number | Chemical name | State RTK |
|---|---|---|
| 584-84-9 | toluene-2,4-diisocyanate | MA, NJ, PA |
| 91-08-7 | toluene-2,6-diisocyanate | MA, NJ, PA |

**CA Prop. 65:**
THIS PRODUCT CONTAINS A CHEMICAL(S) KNOWN TO THE STATE OF CALIFORNIA TO CAUSE
CANCER AND BIRTH DEFECTS OR OTHER REPRODUCTIVE HARM.

---

## 16. Other information

**HMIS III rating**
Health: 3a      Flammability: 1      Physical hazard:  1

HMIS uses a numbering scale ranging from 0 to 4 to indicate the degree of hazard. A value of zero means that the
substance possesses essentially no hazard; a rating of four indicates high hazard.

---

**Local contact information**
William Robert
1-734-324-5244

LUPRANATE is a registered trademark of BASF Corporation or BASF AG

BASF Corporation



**HELPING MAKE PRODUCTS BETTER.™**

# Safety data sheet
## LUPRANATE® T80 TYPE 1 ISOCYANATE

| Revision date : 2005/02/23 | Page: 8/8 |
| --- | --- |
| Version: 1.1 | (30076828/MDS_GEN_US/EN) |

IMPORTANT: WHILE THE DESCRIPTIONS, DESIGNS, DATA AND INFORMATION CONTAINED HEREIN ARE PRESENTED IN GOOD FAITH AND BELIEVED TO BE ACCURATE , IT IS PROVIDED FOR YOUR GUIDANCE ONLY. BECAUSE MANY FACTORS MAY AFFECT PROCESSING OR APPLICATION/USE. WE RECOMMEND THAT YOU MAKE TESTS TO DETERMINE THE SUITABILITY OF A PRODUCT FOR YOUR PARTICULAR PURPOSE PRIOR TO USE. NO WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE MADE REGARDING PRODUCTS DESCRIBED OR DESIGNS, DATA OR INFORMATION SET FORTH, OR THAT THE PRODUCTS, DESIGNS, DATA OR INFORMATION MAY BE USED WITHOUT INFRINGING THE INTELLECTUAL PROPERTY RIGHTS OF OTHERS. IN NO CASE SHALL THE DESCRIPTIONS, INFORMATION, DATA OR DESIGNS PROVIDED BE CONSIDERED A PART OF OUR TERMS AND CONDITIONS OF SALE. FURTHER, YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE DESCRIPTIONS, DESIGNS, DATA, AND INFORMATION FURNISHED BY BASF HEREUNDER ARE GIVEN GRATIS AND BASF ASSUMES NO OBLIGATION OR LIABILITY FOR THE DESCRIPTION, DESIGNS, DATA AND INFORMATION GIVEN OR RESULTS OBTAINED, ALL SUCH BEING GIVEN AND ACCEPTED AT YOUR RISK.
BASF CORPORATION WILL NOT MAKE ITS PRODUCTS AVAILABLE TO CUSTOMERS FOR USE IN THE MANUFACTURE OF MEDICAL DEVICES WHICH ARE INTENDED FOR PERMANENT IMPLANTATION IN THE HUMAN BODY OR IN PERMANENT CONTACT WITH INTERNAL BODILY TISSUES OR FLUIDS.
END OF DATA SHEET

# EXHIBIT B

**U.S. Department of Labor**
Occupational Safety and Health Administration
1141 Montlimar Drive
Suite 1006
Mobile, AL 36609
Phone: 251-441-6131 Fax: 251-441-6396



# Citation and Notification of Penalty

**To:**
Renosol Seating, LLC
and its successors
6 Meadowcraft Parkway
Selma, AL 36701

**Inspection Number:** 978386
**Inspection Date(s):** 05/27/2014 - 11/14/2014
**Issuance Date:** 11/18/2014

**Inspection Site:**
6 Meadowcraft Parkway
Selma, AL 36701

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.</u>

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically on <u>www.pay.gov</u>. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type "OSHA" and click Go. From the results, click on <u>OSHA Penalty Payment Form</u>. The direct link is:

<u>https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334</u>.

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $50,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an

employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

11/18/2014. The conference will be held by telephone or at the OSHA office located at 1141

Montlimar Drive, Suite 1006, Mobile, AL 36609 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

## CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

Company Name: Renosol Seating, LLC

Inspection Number: 978386

Inspection Site: 6 Meadowcraft Parkway, Selma, AL 36701

Issuance Date: 11/18/2014

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 1141 Montlimar Drive, Suite 1006, Mobile, AL 36609**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____        _____
Signature                            Date

_____        _____
Typed or Printed Name            Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 978386
Inspection Date(s): 05/27/2014 - 11/14/2014
Issuance Date: 11/18/2014



<u>**Citation and Notification of Penalty**</u>

**Company Name:** Renosol Seating, LLC
**Inspection Site:** 6 Meadowcraft Parkway, Selma, AL 36701

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

<u>Citation 1  Item 1 a</u>  Type of Violation: **Serious**

29 CFR 1910.132(a): Protective equipment was not used when necessary whenever hazards capable of causing injury and impairment were encountered:

a) Renosol plant Selma, Alabama: On or about May 27, 2014 and at times prior thereto the employer failed to provide and require employees to use arm sleeves when employees are required to handle materials containing Toluene Diisocyanate (TDI) and Methylene diphenyl diisocyanate (MDI) which is a sensitizer that is absorbed through the skin.

Date By Which Violation Must be Abated:                                          12/01/2014
Proposed Penalty:                                                                              $4250.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 6 of 11                                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 978386
Inspection Date(s): 05/27/2014 - 11/14/2014
Issuance Date: 11/18/2014



### Citation and Notification of Penalty

**Company Name:** Renosol Seating, LLC
**Inspection Site:** 6 Meadowcraft Parkway, Selma, AL 36701

---

Citation 1  Item 1 b  Type of Violation: **Serious**

29 CFR 1910.138(a): The employer did not select and require employee(s) to use appropriate hand protection when employees' hands were exposed to hazards such as those from skin absorption of harmful substances:

a) Renosol plant Selma, Alabama: On or about May 27, 2014 and at times prior thereto the employer failed to select and require employees to use appropriate hand protection when employees are required to handle materials containing Toluene Diisocyanate (TDI) and Methylene diphenyl diisocyanate (MDI) which is a sensitizer that is absorbed through the skin.

Date By Which Violation Must be Abated:                    12/01/2014

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 7 of 11                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 978386
**Inspection Date(s):** 05/27/2014 - 11/14/2014
**Issuance Date:** 11/18/2014



<u>**Citation and Notification of Penalty**</u>

**Company Name:** Renosol Seating, LLC
**Inspection Site:** 6 Meadowcraft Parkway, Selma, AL 36701

_____

<u>Citation 2  Item 1</u>   Type of Violation: **Serious**

29 CFR 1910.1200(h)(3)(ii): Employee training did not include the physical and health hazards of the chemicals in the work area:

a) Renosol plant in Selma Alabama: On or about May 27, 2014 and at times prior thereto the employer required employees to handle materials containing Toluene Diisocyanate (TDI) and Methylene diphenyl diisocyanate (MDI) without providing them with hazard communications training that included physical and health hazards associated with the use and exposure to isocyanates.

**Date By Which Violation Must be Abated:**                    12/08/2014
**Proposed Penalty:**                                                           $4250.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 8 of 11                         OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 978386
Inspection Date(s): 05/27/2014 - 11/14/2014
Issuance Date: 11/18/2014



<u>**Citation and Notification of Penalty**</u>

**Company Name:** Renosol Seating, LLC
**Inspection Site:** 6 Meadowcraft Parkway, Selma, AL 36701

---

<u>Citation 3  Item 1</u>   Type of Violation: **Other-than-Serious**

29 CFR 1904.29(b)(3): You must enter each recordable injury or illness on the OSHA 300 Log and 301 Incident Report within seven (7) calendar days of receiving information that a recordable injury or illness has occurred.

a) Renosol plant in Selma, Alabama: On or about August 19, 2014 and at times prior thereto the employer failed to record on the OSHA 300 log and 301 Incident report 2014 recordable illness for employee # 1 who had developed work-related asthma. At the time of the inspection interview (August 19, 2014) over 7 days had passed yet the employer had not recorded the incident on OSHA 300 log and 301 incident report for the calendar year 2014.

b) Renosol plant in Selma, Alabama: On or about August 19, 2014 and at times prior thereto the employer failed to record on the OSHA 300 log and 301 Incident report 2014 recordable illness for employee #2 who had developed work-related asthma. At the time of the inspection interview (August 19, 2014) over 7 days had passed yet the employer had not recorded the incident on OSHA 300 log and 301 incident report for the calendar year 2014.

c) Renosol plant in Selma, Alabama: On or about August 19, 2014 and at times prior thereto the employer failed to record on the OSHA 300 log 2014 recordable illness for employee #3 who had developed work-related reactive airways and very mild emphysema. At the time of the inspection interview (August 19, 2014) over 7 days had passed yet the employer had not recorded the incident on OSHA 300 log and 301 incident report for the calendar year 2014.

Date By Which Violation Must be Abated:                              12/01/2014
Proposed Penalty:                                                                        $850.00

**Joseph Roesler**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration
1141 Montlimar Drive
Suite 1006
Mobile, AL 36609
Phone: 251-441-6131 Fax: 251-441-6396



# INVOICE /
# DEBT COLLECTION NOTICE

| | |
|---|---|
| **Company Name:** | **Renosol Seating, LLC** |
| **Inspection Site:** | **6 Meadowcraft Parkway, Selma, AL 36701** |
| **Issuance Date:** | **11/18/2014** |

| | |
|---|---|
| **Summary of Penalties for Inspection Number** | **978386** |
| **Citation 1, Serious** | **$4250.00** |
| **Citation 2, Serious** | **$4250.00** |
| **Citation 3, Other-than-Serious** | **$850.00** |
| **TOTAL PROPOSED PENALTIES** | **$9350.00** |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically on www.pay.gov. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type "OSHA" and click Go. From the results, click on **OSHA Penalty Payment Form**. The direct link is https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $50,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your

Citation and Notification of Penalty                                    Page 10 of 11                                    OSHA-2

original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

<u>Interest</u>: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

<u>Delinquent Charges</u>: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

<u>Administrative Costs</u>: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.


**Joseph Roesler**
**Area Director**

November 18, 2014

Date