# Exhibit 3

## INFORMAL SETTLEMENT AGREEMENT, EXECUTED BY OSHA AND LEAR ON DECEMBER 11, 2014.

**U.S. DEPARTMENT OF LABOR OCCUPATIONAL SAFETY AND
HEALTH ADMINISTRATION**
1141 Montlimar Drive, Suite 1006
Mobile, Alabama 36609
Telephone: 251-441-6131
Facsimile: 251-441-6396

In the Matter of:           Renosol Seating, LLC.
OSHA Inspection Number:     978386

## INFORMAL SETTLEMENT AGREEMENT

The undersigned Employer and the undersigned Occupational Safety and Health Administration (OSHA), in settlement of the above citation and penalties which were issued on November 18, 2013, 4 hereby agree as follows:

1. The Employer agrees to correct the violations as cited in the above citations or as amended below.

2. The Employer agrees to pay the proposed penalties, if any, as issued with the above citation, or, if amended by this agreement, as amended below.

3. The Employer further agrees to pay any penalties due within 30 days of the signing of this agreement. Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You may also make your payment electronically on www.pay.gov. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type **"OSHA"** and click "Go". From the results, click on **OSHA Penalty Payment Form**. You will be required to enter your company information and inspection number when making your payment. If penalties are not paid within this time period, the full penalty as originally assessed shall become due and payable.

4. The Employer and OSHA agree that the following citations and penalties, if any, are not being amended:

    NA



1

**U.S. DEPARTMENT OF LABOR OCCUPATIONAL SAFETY AND
HEALTH ADMINISTRATION**
1141 Montlimar Drive, Suite 1006
Mobile, Alabama 36609
Telephone: 251-441-6131
Facsimile: 251-441-6396

In the Matter of: Renosol Seating, LLC.
OSHA Inspection Number: 978386

5. OSHA agrees to provide by December 22, 2014, the test results of testing done on or about November 13, 2014 on Renosol's premises, and agrees that the following citations and penalties are being amended as shown below:

   Citation 1, Item 1a – withdrawn
   Citation 1, Item 1b – Penalty reduced to $3400
   Citation 2, Item 1 Penalty reduced to $3400
   Citation 3, Item 1 Penalty reduced to $200.

   All violations have been abated.

   **TOTAL PENALTY: $ 7,000.00**

6. The employer, by signing this informal settlement agreement, hereby waives its rights to contest the above citation(s) and penalties, as amended in paragraph 5 of this agreement.

7. The employer agrees to continue to comply with the applicable provisions of the Occupational Safety and Health Act of 1970, and the applicable safety and health standards promulgated pursuant to the Act.

8. The employer understands its preexisting obligation under statutory law to assure compliance with OSHA regulations.

9. The employer understands its preexisting obligation under statutory law to comply with OSHA regulations that require a safety and health training program to reduce hazards in the workplace.

10. The employer agrees to immediately post a copy of this Settlement Agreement in a prominent place at or near the location of the violation(s) referred to in paragraphs 4 and 5 above. This Settlement Agreement must remain posted until the violations cited have been corrected, or for 3 working days (excluding weekends and Federal Holidays), whichever is longer.

11. Each party agrees to bear its own attorney's fees, cost and other expenses incurred by such party in connection with any stage of these proceedings including, but not limited

2

**U.S. DEPARTMENT OF LABOR OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION**
1141 Montlimar Drive, Suite 1006
Mobile, Alabama 36609
Telephone: 251-441-6131
Facsimile: 251-441-6396

In the Matter of: Renosol Seating, LLC.
OSHA Inspection Number: 978386

    to, attorney's fees which may be available under the Equal Access to Justice Act, as amended.

12. An effective Safety and Health Management system (SHMS) has proven to be a decisive factor in reducing the extent and severity of work-related injuries and illnesses, and is an effective tool in identifying hazards at your workplace. I have attached an OSHA Fact Sheet which describes this system, and highly encourage that you implement it at your workplace.

13. The employer agrees to consider installing an effective local exhaust ventilation system on the Seat Line to ensure that an adequate air flow is pulling potential TDI vapors away from employees as measured by a method accepted by ACGIH or an equivalent acceptable to the parties. The employer will also consider relocating the TDI monitor on the injection side of the Seat Line to be closer to where employees are working and preferably between the employees and the molds on the Seat Line. The employer will continue to work with the area office concerning the foregoing.

14. None of the foregoing agreements, and statements, is intended as an admission by Respondent of the allegations contained within the Citation and Notification of Penalties, as amended. The agreements herein are not intended to be used for any purpose other than actions or proceedings arising under the Occupational Safety and Health Act of 1970.

15. Failure to comply with any of the terms of this settlement will render it null and void.

| | |
|---|---|
| _signature_ 12/11/2014 | _signature_ 12/11/14 |
| For Occupational Safety And Health Administration | For The Employer (signature and date) |
| Joseph R. Roesler Area Director (signature and date) | |

3

**U.S. DEPARTMENT OF LABOR OCCUPATIONAL SAFETY AND**
**HEALTH ADMINISTRATION**
1141 Montlimar Drive, Suite 1006
Mobile, Alabama 36609
Telephone: 251-441-6131
Facsimile: 251-441-6396

In the Matter of: Renosol Seating, LLC.
OSHA Inspection Number: 978386

### NOTICE TO EMPLOYEES

The law gives you or your representative the opportunity to object to any abatement date set for a violation if you believe the date to be unreasonable. Any contest to the abatement dates of the citations amended in paragraph 5 of this Settlement Agreement must be mailed to the U.S. Department of Labor - OSHA at 1141 Montlimar Dr., Ste 10006, Mobile, Alabama 36609, within 15 working days (excluding weekends and Federal Holidays) of the receipt by the Employer of this Settlement Agreement. You or your representative also have the right to object to any of the abatement dates set for violations, which were not amended, provided that the objection is mailed to the office shown above within the 15-working-day period established by the original citation.

# OSHA® FactSheet

# Effective Workplace Safety and Health Management Systems

Every day, workplace injuries, illnesses and fatalities cause immeasurable pain and suffering to employees and their families. Recent estimates indicate that workplace injuries and illnesses cost our nation's businesses $170 billion per year in wasteful and often preventable expenses.

Effective Safety and Health Management Systems (SHMS) have proven to be a decisive factor in reducing the extent and severity of work-related injuries and illnesses. SHMS will result in reduced injury-related costs. These savings, when properly administered, will exceed the cost of a workplace SHMS.

### Critical Elements of an Effective SHMS

The critical elements of an effective SHMS are: management commitment and employee involvement; worksite analysis; hazard prevention and control; training for employees, supervisors and managers. (See the reverse of this fact sheet for a checklist of action items for every SHMS component.)

### OSHA Resources to Assist Employers with SHMS

- Small and medium-sized employers can benefit from OSHA's "Small Business Handbook" which contains specific information about SHMS:
www.osha.gov/Publications/smallbusiness/small-business.html
- OSHA's "Compliance Assistance Quick Start" Web page is another online resource providing SHMS information:
www.osha.gov/dcsp/compliance_assistance/quickstarts/index.html
- OSHA's "Hazard Awareness Advisor" is an online tool to assist in identifying and correcting safety and health workplace hazards: www.osha.gov/dts/osta/oshasoft/hazexp.html
- Employers seeking more comprehensive SHMS information, especially those with a safety and health professional on staff, can work with OSHA's Voluntary Protection Programs: www.osha.gov/dcsp/vpp/index.html and/or benefit from OSHA's "SHMS eTool":
www.osha.gov/SLTC/etools/safetyhealth/index.html

### Take Advantage of Free OSHA Assistance

Compliance Assistance Specialists are available in every OSHA Area Office to help you. Find the one in your local area: http://www.osha.gov/dcsp/compliance_assistance/cas.html

You may also contact your state's OSHA On-site Consultation program for free, expert assistance: www.osha.gov/consultation

The States that operate OSHA-approved State plans can also provide assistance; some have specific requirements for SHMS: www.osha.gov/dcsp/osp/index.html

OSHA's "$afety Pays" program is an interactive expert system to assist employers in estimating the costs of occupational injuries and illnesses and the impact on a company's profitability: http://www.osha.gov/dcsp/smallbusiness/safetypays/index.html

# Safety and Health Management Systems Checklist

## Management Commitment and Employee Involvement

☐ Develop and communicate a safety and health policy to all employees.

☐ Demonstrate management commitment by instilling accountability for safety and health, obeying safety rules and reviewing accident reports.

☐ Conduct regular safety and health meetings involving employees, managers and supervisors.

☐ Assign responsible person(s) to coordinate safety and health activities.

☐ Integrate safety and health into business practices (e.g., purchases, contracts, design and development).

☐ Involve employees in safety and health-related activities (e.g., self-inspections, accident investigations and developing safe practices).

☐ Recognize employees for safe and healthful work practices.

## Worksite Analysis

☐ Evaluate all workplace activities and processes for hazards.

☐ Reevaluate workplace activities when there are changes in:

   ☐ Processes  ☐ Materials  ☐ Machinery

☐ Conduct on-site inspections, identify hazards and take corrective actions.

☐ Provide a hazard reporting system for employees to report unsafe and unhealthful conditions.

☐ Investigate all accidents and near misses to determine their root causes.

## Hazard Prevention and Control

☐ Eliminate and control workplace hazards (e.g., engineering controls, workstation design and work practices).

☐ Establish a preventive maintenance program.

☐ Keep employees informed of safety and health activities and conditions.

☐ Plan for emergencies (e.g., create an evacuation plan, train employees and conduct fire drills).

☐ Record and analyze occupational injuries and illnesses.

## Training for Employees, Supervisors and Managers

☐ Provide training on specific safe work practices before an employee begins work.

☐ Provide additional training for new work processes and when accidents and near misses occur.

☐ Provide refresher training on a routine basis.

(NOTE: OSHA regulations do not require employers to have a SHMS. Thus, the items on this checklist are strictly voluntary with the exception of construction industry employers.)

This is one in a series of informational fact sheets highlighting OSHA programs, policies or standards. It does not impose any new compliance requirements. For a comprehensive list of compliance requirements of OSHA standards or regulations, refer to Title 29 of the Code of Federal Regulations. This information will be made available to sensory impaired individuals upon request. The voice phone is (202) 693-1999; teletypewriter (TTY) number: (877) 889-5627.

For more complete information:



OSHA® Occupational Safety and Health Administration
U.S. Department of Labor
www.osha.gov
(800) 321-OSHA

DEA 3/2008