IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 15-00205-CG-M ) |
| LEAR CORPORATION EEDS AND INTERIORS and RENOSOL SEATING, LLC, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Plaintiff's Motion for Clarification of the Court's Preliminary Injunction Order (Doc. 44), Defendants' response (Doc. 45), Plaintiff's reply (Doc. 46), and Defendants' sur-reply (Doc. 47). The facts of the case, the parties' arguments, and the Court's ruling are thoroughly set out in the Preliminary Injunction Order. (Doc. 28). The Court finds that the Order speaks for itself, and the parties appear to be in compliance with the Order. Thus, no clarification is needed, and Plaintiff's motion is hereby **DENIED**.

**DONE** and **ORDERED** this 28th day of December, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT